**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MISHELLE GUTIERREZ, *individually and on behalf or others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TINA NAILS 2015, INC. (D/B/A TINA'S NAILS), TINA NAIL INC. (D/B/A TINA'S NAILS), KWANG H. JHIN (A.K.A. MIKE) and DUKE SUK PAK,<br><br>Defendants. | No. 18-cv-00889 |

**NOTICE OF LIMITED APPEARANCE**
**OF**
***PRO BONO* COUNSEL**

PLEASE TAKE NOTICE THAT Anthony P. Marzocca of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears as *pro bono* counsel in this case on behalf of Defendant, Kwang H. "Mike" Jhin, for the limited purpose of taking and defending noticed depositions.

I certify that I am admitted to practice in this Court.  I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated:  December 6, 2018
             New York, New York

/s/ Anthony P. Marzocca
Anthony P. Marzocca
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7330 (telephone)
212.849.7100 (facsimile)
anthonymarzocca@quinnemanuel.com

*Attorney for Kwang H. Jhin*