# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

sclark@faillacelaw.com

January 29, 2019

<u>**VIA ECF**</u>
Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>Gutierrez et al. v. Tina Nails 2015, Inc. et al.</u>,
18-cv-00889 (LGS)

Your Honor,

This firm represents the Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request the conference presently scheduled for February 7, 2019 be adjourned to a date on or after February 13, 2019. Defendants consent to this request. This is the Plaintiff's first request for an adjournment of this conference; an earlier conference scheduled for January 31, 2019 was adjourned *sua sponte* by the Court due to a scheduling conflict. The requested adjournment is necessary because the undersigned will be out of the country between February 7, 2019 and February 12, 2019.

Plaintiff thanks the Court for its time and attention.

Respectfully submitted,

/s/Shawn R. Clark
Shawn R. Clark
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiffs