# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISHELLE GUTIERREZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>--against--<br><br>TINA NAILS, 2015, INC. (D/B/A TINA'S NAILS), TINA NAIL INC. (D.B.A TINA'S NAILS), KWANG H JHIN (A.K.A. MIKE), and DUK SUK PAK,<br><br>Defendants. | 18-cv-00889 (LGS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Richard J. Shea hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 12, 2019

Respectfully Submitted,

Applicants Signature: _____

Applicant's Name: Richard J. Shea

Firm Name: QUINN EMANUEL URQUHART & SULLIVAN

Address: 51 Madison Ave, 22nd Floor

City/State/Zip: New York, NY 10010

Telephone: (212) 849-7206

Email: rjshea@quinnemanuel.com